UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| | |
|---|---|
| CAROLYN BOWEN, MICHAEL BOWEN<br><br>Plaintiff,<br><br>v.<br><br>M. LEONARD & ASSOCIATES; and DOES 1-10, inclusive,<br><br>Defendant. | No. CV 09-791 PA (CTx)<br><br>JUDGMENT |

Pursuant to the Court's September 14, 2009 Order granting the Motion for Default Judgment filed by plaintiffs Carolyn Bowen and Michael Bowen (collectively "Plaintiffs"), it is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

    1.    Plaintiffs Carolyn Bowen and Michael Bowen shall have judgment in their favor against defendant M. Leonard & Associates for statutory damages in the amount of $2,000.00;

    2.    Plaintiff Carolyn Bowen shall have judgment in her favor against M. Leonard & Associates for actual damages in the amount of $2,000.00;

3. Plaintiffs shall be entitled to post judgment interest on all sums owing at the legal judgment rate specified in 28 U.S.C. § 1961;

4. Plaintiffs shall recover their costs of suit.

The Clerk is ordered to enter this Judgment.

IT IS SO ORDERED.

DATED: September 14, 2009

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE